KOYO SEIKO CO., LTD. AND KOYO CORP. OF U.S.A., PLAINTIFFS *v.* UNITED STATES AND U.S. DEPARTMENT OF COMMERCE, DEFENDANTS, AND TIMKEN CO., DEFENDANT-INTERVENOR ·

Court No. 97–04–00580

(Dated July 8, 1999)

## JUDGMENT

TSOUCALAS, *Senior Judge:* On May 4, 1998, the Court remanded this case to the Department of Commerce, International Trade Administration ("Commerce"), to correct certain clerical errors arising from Commerce's administrative review, entitled *Tapered Roller Bearings and Parts Thereof, Finished and Unfinished, From Japan, and Tapered Roller Bearings, Four Inches or Less in Outside Diameter, and Components Thereof, From Japan; Final Results of Antidumping Duty Administrative Reviews and Termination in Part*, 62 Fed. Reg. 11,825 (Mar. 13, 1997). Specifically, the Court remanded to Commerce to (1) deduct discounts and/or rebates from gross unit price in calculating home market revenue for constructed export price profit; (2) recalculate profit for constructed value without double-counting profit for TRB cups and cones split from TRB sets; and (3) deduct pre-sale inland freight from home market sales to certain after-market customers for which the deduction should have been made.

On July 20, 1998, Commerce filed its *Final Results of Redetermination Pursuant to Court Remand, Koyo Seiko Co. Ltd. v. United States, Slip Op. 98–58 (May 4, 1998)* ("Remand Results") with the Court. Commerce having complied with this Court's remand order and no comments to the Remand Results having been submitted, it is hereby

ORDERED that the Remand Results are affirmed, and all other issues having been previously decided, it is further

ORDERED that this case is dismissed.